UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

RONALD N. ZWIEG and DAVID E. GERDES
Are Trustees for the Minneapolis Retail Meat
Cutters and Food Handlers Health and
Welfare Fund,

        Plaintiffs,

vs.

BREDE, INC.,

        Defendant.

Civil No. 05-CV-576 (RHK/AJB)

**<u>ORDER FOR DISMISSAL</u>**

---

Pursuant to Fed.R.Civ.P. 41(a), Defendant Brede, Inc. is hereby dismissed from this action, with prejudice.

Dated: August 9, 2005.

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge